**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **YONGHONG WANG,** **Plaintiff,** -against- **CITY OF NEW YORK,** **Defendant.** | : | **26-cv-02879 (ALC)** **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 31, 2026, Defendants filed a letter motion for a pre-motion conference regarding its anticipated motion to dismiss. *See* ECF No. 10. On July 31, 2026, this Court ordered Plaintiff to respond by August 5, 2026. *See* ECF No. 11. The Court has received no response from Plaintiff to do. As such, the Court *sua sponte* extends the deadline for Plaintiff to respond by **October 14, 2026.**

**SO ORDERED.**

**Dated:** **October 8, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**