**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **YONGHONG WANG,** Plaintiff, -against- **CITY OF NEW YORK,** Defendant. | : | **26-cv-02879 (ALC)** **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 31, 2026, the City of New York filed a request for a pre-motion conference regarding its anticipated motion to dismiss. *See* ECF No. 10. On July 31, 2026, this Court ordered Plaintiff to respond to the letter motion by August 5, 2026. The Court received no response from Plaintiff, seemingly due to a docketing error. *See* ECF No. 13, Ex. A. As such, on October 8, 2026, the Court ordered Plaintiff to respond to the pre-motion letter by October 14, 2026. *See* ECF No. 12. On October 13, 2026, Plaintiff submitted a response to Defendant's letter motion in addition to a motion for leave to file an Amended Complaint. *See* ECF No. 13.

Plaintiff is **GRANTED** leave to file an Amended Complaint by **November 5, 2026**. The Court **ORDERS** Defendant to renew its request for a pre-motion conference or submit a letter stating it no longer wishes to move to dismiss by **November 13, 2026.**

The Clerk of Court is respectfully directed to terminate ECF Nos. 10 and 13.

**SO ORDERED.**

**Dated: October 20, 2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**