MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________________
DATE FILED: November 13, 2026

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**BRYNN CHAFIN**
*Assistant Corporation Counsel*
Tel.: (212) 356-0827
brchafin@law.nyc.gov

November 12, 2026

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Yonghong Wang v City of New York, et al.
26 Civ. 02879 (ALC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York ("Office"), and one of the attorneys assigned to the defense of the above-referenced matter. I respectfully write on behalf of Defendant City of New York ("City") to request a one week extension of time to respond to Your Honor's Order dated October 20, 2026, which granted Plaintiff *pro se* Yonghong Wang an extension of time to file an Amended Complaint and ordered the Defendant City to renew its request for a pre-motion conference or submit a letter stating that it no longer wishes to move to dismiss by November 13, 2026. See ECF No. 15. This is the first request of its kind. The undersigned contacted Plaintiff for his consent but has not heard back from him prior to submitting this letter.

By way of background, Plaintiff, who is proceeding *pro se*, brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, violations of his federal constitutional rights. Specifically, Plaintiff alleges that Defendants wrongfully seized and assaulted him after he was injured by a Consulate guard while protesting outside of the People's Republic of China embassy; that Defendants retaliated against him for exercising his First Amendment rights; that Defendants denied him equal protections based on his anti-Chinese Communist Party beliefs; and that Defendant City holds a policy, practice, or custom of refusing to document or adequately respond to anti-Chinese Communist Party protestors. See ECF No. 16. Plaintiff names the City of New

York, Police Officer Ackroy I. Lashley, and Police Officer Samantha N. Minarczyk as defendants in this action. See id. Defendants Lashley and Minarczyk were added as defendants in the Amended Complaint, which was only entered onto the docket on November 9, 2026. See ECF No. 16. Upon information and belief, and upon review of the docket, summonses have not yet been requested or issued for Officer Lashley and Officer Minarczyk.

As an initial matter, the undersigned apologizes for not writing the Court at least two business days prior to the date which Defendant City's letter is due, as required by Your Honor's Individual Rules of Practice. The reason for the requested extension of time is that, although the docket indicates that the Amended Complaint was filed on November 5, 2026, it was only entered onto the docket on November 9, 2026. See ECF No. 16. Additionally, this Office was closed in observance of Veteran's Day on November 11, 2026. Accordingly, additional time is needed to review Plaintiff's Amended Complaint and determine the manner in which Defendant City intends to respond.

For the foregoing reasons, the undersigned respectfully requests a one-week extension of time, from November 13, 2026 until November 20, 2026, to file a letter indicating whether Defendant City intends to renew its request for a pre-motion conference or that it no longer wishes to move to dismiss.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Brynn Chafin
Brynn Chafin
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**[1]
Yonghong Wang
*Plaintiff pro se*

SO ORDERED:

November 13, 2026

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

[1] Plaintiff *pro se* has consented to electronic service via the ECF system. See ECF No. 6.