UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YONGSHONG WANG,<br><br>Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK; POLICE OFFICER ACKROY I. LASHLEY, Shield No. 15877; POLICE OFFICER SAMANTHA N. MINARCZYK, Shield No. 19955; and JOHN/JANE DOE NYPD OFFICERS #1–3,<br><br>Defendants. | 26-CV-2879 (ALC)<br><br>ORDER OF SERVICE AND VALENTIN ORDER |

**ANDREW L. CARTER, United States District Judge:**

Plaintiff Yongchong Wang is proceeding *pro se*. He filed his Amended Complaint under 42 U.S.C. § 1983, alleging that on July 9, 2024, he was injured by security personnel associated with the Consulate General of the People's Republic of China in New York City. He alleges that at the scene, Officer Ackroy I. Lashley, Shield No. 15877, aggravated his injuries, as did Doe Officer #1. He further alleges that Doe Officers #2 and #3, who met Plaintiff at the hospital, failed to report or investigate the assault, and instead, threatened to arrest Plaintiff. Plaintiff also alleges that on April 3, 2026, he informed Officer Samantha N. Minarczyk, Shield No. 19955, that he wanted to report the assault, and Office Minarczyk threatened to arrest him.

## I. Service on NYPD Officers

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Defendants Ackroy I. Lashley, Shield No. 15877, and Samantha N. Minarczyk, Shield No. 19955, waive service of summons.

## II. Valentin Order

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Amended Complaint, Plaintiff appears to supply sufficient information to permit NYPD to identify the three police officers who were involved in the incident on July 9, 2024. The Court directs the Law Department, which is the attorney for and agent of NYPD, to ascertain the identity and badge number of each unidentified "John/Jane Doe" defendant whom Plaintiff seeks to sue here and the address where that defendant may be served. The Law Department must provide this information to Plaintiff and the Court within 60 days of the date of this order.

Within 30 days of receiving this information, Plaintiff must file a second amended complaint naming the newly identified individuals as defendants. The second amended complaint will replace, not supplement, the Amended Complaint. Once Plaintiff has filed a second amended complaint, the Court will screen the second amended complaint and, if necessary, issue an order asking the newly identified defendants to waive service.

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants Lashley and Minarczyk waive service of summons(es) and that the New York City Law Department respond as directed in the *Valentin* order.

SO ORDERED.

Dated: November 23, 2026
New York, New York

ANDREW L. CARTER
United States District Judge